# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TCYK, LLC,

    Plaintiff,

v.                                    Case No. 13-CV-01022

DOES 1–35,

    Defendants.

## ORDER

**IT IS ORDERED** that plaintiff's motion for leave to serve third-party subpoenas prior to the Rule 26(f) conference is **GRANTED**. The plaintiff may serve a subpoena on the defendants' internet service providers for the purpose of identifying the true name and address of the defendants.

Dated at Milwaukee, Wisconsin, this 16th day of October 2013.

                                                  s/ Lynn Adelman

                                                  LYNN ADELMAN
                                                  District Judge